# NO. 12-14-00013-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: ATHENS MUNICIPAL* | § | |
| *WATER AUTHORITY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

*MEMORANDUM OPINION*
*PER CURIAM*

On January 13, 2014, Athens Municipal Water Authority filed a petition for a temporary writ of injunction, including a motion for emergency relief, to prohibit a meeting of the Athens City Council scheduled for later that day. The council meeting was held as scheduled, rendering the issues in this proceeding moot. Accordingly, the motion for emergency relief and the petition for writ of injunction are ***dismissed as moot***.

Opinion delivered January 22, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### JANUARY 22, 2014

### NO. 12-14-00013-CV

**ATHENS MUNICIPAL WATER AUTHORITY,**
Relator
V.
**HON. DAN MOORE,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of injunction filed by, **ATHENS MUNICIPAL WATER AUTHORITY,** who is the respondent in Cause No. 2013A-1145, pending on the docket of the 173rd District Court of Henderson County, Texas. Said petition for writ of mandamus having been filed herein on January 13, 2014, and the same having been duly considered, because it is the opinion of this Court that this original proceeding should be dismissed as moot, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of injunction and the motion for emergency relief be, and the same are, hereby **DISMISSED AS MOOT**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*